1 | REGINALD A. DUNN, SBN 192632
DARREN S. NAKASHIMA, SBN 252121
2 | THE DAVIS LAW FIRM
3620 Fair Oaks Boulevard, Suite 200
3 | Sacramento, California 95864
Phone: (916) 333-5363
4 | Fax: (916) 333-5373

Attorneys for plaintiff, JEAN MOODY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

| JEAN MOODY, | ) | Case No.  2:11-cv-01739-WBS-CKD |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |
| v. | ) | |
| COUNTY OF SACRAMENTO; DELTA AIR LINES INC, a Delaware Corporation, and DOES 1-100. | ) ) ) ) | |
| Defendants. | ) ) | |

///

//

/

-1-
STIPULATION AND ORDER RE VDRP

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  April 24, 2012	THE DAVIS LAW FIRM

/s/ DARREN S. NAKASHIMA
DARREN S. NAKASHIMA
Attorney for Plaintiff

Dated:  April 24, 2012	THE RYAN LAW GROUP

/s/ REBEKKA R. MARTORANO
REBEKKA R. MARTORANO, SBN 173600
Attorney for Defendants

**IT IS SO ORDERED:**

DATED:   April 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE