1  REGINALD A. DUNN, SBN 192632
   DARREN S. NAKASHIMA, SBN 252121
2  THE DAVIS LAW FIRM
   3620 Fair Oaks Boulevard, Suite 200
3  Sacramento, California 95864
   Phone: (916) 333-5363
4  Fax: (916) 333-5373

5

6  Attorneys for plaintiff, JEAN MOODY

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                 IN AND FOR THE COUNTY OF SACRAMENTO

9                                     )   Case No.  2:11-cv-01739-WBS-CKD
   JEAN MOODY,                        )
10                                     )
                     Plaintiff,        )   **STIPULATION AND ORDER TO**
11                                     )   **ELECT REFERRAL OF ACTION TO**
                                       )   **VOLUNTARY DISPUTE**
12         v.                          )   **RESOLUTION PROGRAM (VDRP)**
                                       )   **PURSUANT TO LOCAL RULE 16-271**
13  COUNTY OF SACRAMENTO; DELTA AIR   )
   LINES INC, a Delaware Corporation, and )
14  DOES 1-100.                        )
                                       )
15                   Defendants.       )
                                       )

16

17  ///

18  //

19  /

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the

2    Voluntary Dispute Resolution Program.

3

4    Dated:  April 24, 2012                    THE DAVIS LAW FIRM

5

6                                             /s/ DARREN S. NAKASHIMA
                                              DARREN S. NAKASHIMA
7                                             Attorney for Plaintiff

8    Dated:  April 24, 2012                    THE RYAN LAW GROUP

9

10                                            /s/ REBEKKA R. MARTORANO
                                              REBEKKA R. MARTORANO, SBN 173600
11                                            Attorney for Defendants

12

13    **IT IS SO ORDERED:**

14

15    DATED:   April 25, 2012

16
                                              WILLIAM B. SHUBB
17                                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE VDRP